UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. SACV 22-01743-CJC (DFMx)                                Date: July 3, 2023

Title: WAYNE REINER V. AMERICAN ARBITRATION ASSOCIATION ET AL.

PRESENT:

**HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE**

| Rolls Royce Paschal | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:   ATTORNEYS PRESENT FOR DEFENDANT:

None Present                                             None Present

**PROCEEDINGS: (IN CHAMBERS) ORDER DENYING MOTION TO MOVE CASE AND VACATING NOTICE OF VOLUNTARY DISMISSAL**

On June 23, 2023, the Court granted the motion to transfer venue to the Southern District of California by Plaintiff, who is proceeding pro se. (*See* Dkt. 37.) However, on June 29, Plaintiff filed a supplement to the motion and a purported notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a). (*See* Dkt. 38; Dkt. 39, Dkt. 40.) Because the Court has already granted the motion to transfer, the supplement to the motion is **DENIED WITHOUT PREJUDICE**, and the purported notice of voluntary dismissal is **VACATED** and may be refiled in the Southern District of California to the extent that Plaintiff deems doing so appropriate.

jso

MINUTES FORM 11
CIVIL-GEN                                                                  Initials of Deputy Clerk RRP